CLOSED

Saul Ewing LLP
*A Delaware LLP*
750 College Road East
Princeton, NJ 08540
609-452-3100
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------- x

Anthony H. N. Schnelling, as Trustee of the
Impath Bankruptcy Liquidating Trust,

           Plaintiff,

vs.

KPMG LLP,

           Defendant.

-------------------------------------------------------------- x

Civil Action No. 05-3756 (DMC)

**STIPULATION OF DISMISSAL**

IT IS HEREBY stipulated and agreed between plaintiff Anthony Schnelling, as Trustee of the Impath Bankruptcy Liquidating Trust and defendant KPMG LLP that the above matter, having been amicably resolved between these parties as to all claims between them, the claims are dismissed with prejudice, and without costs to the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**Dated: January 9, 2007**

SAUL EWING LLP

By: _____
Michael Lampert
750 College Road East
Princeton, New Jersey 08540
(609) 452-3100

HELLER EHRMAN LLP

By: _____
Carren Shulman (CS-27804)
7 Times Square
New York, New York 10036
(212) 832-8300

969564.1 1 8/07

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.
1-15-07

Of Counsel:

Timothy E. Hoeffner
John F. Stoviak
3800 Centre Square West
1500 Market Street
Philadelphia, PA 19102
(215) 972-7777

Attorneys for Plaintiff

Of Counsel:

Joseph T. McLaughlin
Kevin A. Burke
Michael Cheah
Heller Ehrman LLP
7 Times Square
New York, New York 10036
(212) 832-8300

Attorneys for Defendant